U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Mar 31 - 2025
John M. Domurad, Clerk

Date: March 31st 2025

Re: Lopez v YWCA et al. (Case number 1:24 cv 01516)

Subject: URGENT. Incident at 121 Park Place (on Saturday March 29th 2025)

**To**: Hon. Brenda K Sannes; Hon Paul J Evangelista of the **U.S. District Court for the Northern District of NY**

**From:** Mariah Lopez Plaintiff, pro se

121 Park Place

Schenectady, NY 12305

email: Mariah4change@gmail.com

C.2124709687


**Dear Judges Sannes, Evangalista,**

**I am writing to the court for the following reasons:**

*A*) To make the court aware of the <u>outrageous, unlawful behavior and conduct exhibited by the Defendants over the weekend</u> shocking actions this weekend;

*B*) <u>To request more time to submit the re-pleadings. Plaintiff is requesting until Friday April 4th 2025.</u>

Without an extension I would have until 11:59 pm EST since the thirtieth day later out by the court in its text order fell on Saturday.

## **Incident at 121 Park Place, Saturday March 29th 2025, 8:07 pm EST**

**About a week or so ago Yunis Alloush began demanding in writing that he be allowed inside my unit**, under the auspices of assessing any needed repairs. This after having ignored any and all outstanding issues in my unit for over a year. **Why the urgent need to make repairs?**

**On Friday <span style="color:red">March 28th</span> Defendant Tamara Rayne aka Flanders sent me an email in which she asked me to provide her with times I would be willing to allow Yunis Alloush into my unit under the auspices of making repairs. I ignored this email due to the fact that she is supposed to be represented by counsel. In the past Mr DiPalma has been the one to reach out if there are any such logistics to be coordinated, not Ms Rayne-Flanders**

<u><span style="color:red">Then this weekend, Saturday March 29th at 8:07 pm</span> I received a call from the front desk of the YWCA, insisting that Yunis Alloush be allowed to access my apartment because there was allegedly water leaking into a downstairs apartment (presumably from my own). There was no such leek.</u>

<u>The Defendants were clearly using this mysterious leak as a pretense to force his way inside. Because I knew that the Defendants were up to something I went downstairs to my neighbor, and asked him to come upstairs in order to see for himself that there was no active leak coming from my apartment. Here is that video attached/uploaded along with this letter.</u>

<u>Minutes later, after I had informed the YWCA that I would not be allowing Yunis Alloush access to my unit because there was no leak, he showed up outside my door and began demanding that I allow him inside my apartment, attesting to some non-existent leak, and, further claiming that he was acting lawfully based on a loophole in New York State law which allows a landlord gain access to an apartment without the permission of the tenant in the event of an emergency. He literally said those words, more or less.</u>

<u>Yunis Alloush's behavior is some of the most egregious and imposing that I have ever seen.</u>

<u><span style="color:red">In a move that I believe demonstrates how unhinged and dangerous Defendant Yunis Alloush is, after I refused him access to my apartment, he actually had the audacity to call 9-11 (making untrue defamatory statements about me to the dispatcher, such as that I have a violent criminal history) to ask them to send officers to assist him in entering to enter my apartment by force!</span></u>

<u>Thankfully the police arrived and explained to Yunis Alloush how the law works..and how it doesn't: Police are not here to help landlords force their way into tenants apartments to look for 'mystery-leaks'. The officers seemed puzzled and annoyed with Defendant Yunis Alloush for enlisting them in his efforts to harass me on an otherwise peaceful Saturday night.</u>

And, underscoring the fact that his actions were purely malicious and were never about a need to repair anything (e.g. address the issue of water leakage in a downstairs apartment), <u>after the police told him they wouldn't help him gain access to my unit Defendant Yunis Alloush never re-entered the building or the apartment where he claimed the phantom water was supposed to be accumulating.</u> One would imagine that if an issue involving some kind of leak remained—even if Yunis Alloush couldn't gain access to my unit to rule it out as the source— <u>he would remain at the</u>

**property tending to the needs of the neighbor with the 'leak'. Instead, after the police told him they wouldn't help him breach my unit, he just left (because there was never any leak to begin with).**

**This court must see these arbitrary attempts by the Defendants as what they are: extreme and aggressive harassment and retaliation right under the court's nose, and an ongoing effort to constructively evict me.**

**This reckless abuse of the criminal justice system by the Defendants could have ended in tragedy. My dogs and I could have been killed, had I shown resistance to this otherwise unconstitutional search of my residence, forced on me by the Defendants.**

I have two large dogs who became extremely agitated by all the unnecessary commotion outside my door last Saturday including Yunis and another man intruding on our space, peace and privacy. **My dogs and I are all lucky that the responding officers used their better judgement, and were dog-lovers.**

**Still, I felt that I had no choice but to allow the police into my apartment (just to confirm there was no leak) even though doing so triggered my PTSD, all because Yunis Alloush and the YWCA Defendants chose to act outside the law.**

**One of the responding officers admitted/confirmed to me that, had I simply chosen to exercise my constitutional rights (and) not to interact with law enforcement, in other words had I simply not answered the door, and or refused to allow the police inside to check to confirm there was no leak, the situation would have been 'worse' (implying the police may have forced their way inside, simply because I refused to talk to them).**

I recorded video of virtually the entire incident, starting when Yunis Alloush showed up demanding to be allowed inside, through his calling 9-11 believing they would help him presumably force his way inside, all the way to the point when the police entered my apartment to assess whether or not there was a 'leak'.

Based on the events of Saturday **I ask that this court schedule an emergency phone conference** for tomorrow April 1st 2025 or some time shortly after to address the Defendants escalating tactics meant to intimidate me, as well as the Defendants new and ongoing demand that Defendant Yunis Alloush be allowed into my apartment.

**I am also requesting the court extend the filing deadline in this case, and grant me until Friday April 4th 2025 to file re-pleadings, additional amendments.**

Thank You

Respectfully Submitted

Mariah Lopez

\_\_\_\_/s/\_\_\_\_